Commonwealth *v.* Grucella, Appellant.

Submitted September 11, 1972. Before WRIGHT, P. J., WATKINS, JACOBS, HOFFMAN, SPAULDING, CERCONE, and PACKEL, JJ.

*Patrick J. Flannery,* Assistant Public Defender, and *James M. Reinert,* Public Defender, for appellant.

*Jerome L. Cohen,* Assistant District Attorney, *Daniel F. Daley,* First Assistant District Attorney, and *Patrick J. Toole, Jr.,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, November 16, 1972:

Judgment of sentence affirmed on the opinion of OLSZEWSKI, J., of the court below.